NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30030 |
| Plaintiff-Appellee, | D.C. No. 1:16-cr-00144-BLW |
| v. | |
| EFRAIN GUZMAN-CASTRO, a.k.a. Efrain Guzman Castro, | MEMORANDUM* |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief Judge, Presiding

Submitted November 15, 2017**

Before:      CANBY, TROTT, and GRABER, Circuit Judges.

Efrain Guzman-Castro appeals from the district court's judgment and

challenges the 96-month sentence imposed following his guilty-plea convictions

for conspiracy to distribute methamphetamine and distributing methamphetamine,

in violation of 21 U.S.C. §§ 841(a)(1), 846.  We have jurisdiction under 28 U.S.C.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 1291, and we affirm.

Guzman-Castro contends that his sentence is substantively unreasonable in light of the mitigating circumstances in this case. The district court did not abuse its discretion in imposing Guzman-Castro's sentence. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The mid-range sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) factors and the totality of the circumstances. *See Gall*, 552 U.S. at 51.

**AFFIRMED.**